In the Matter of GEORGE P. O'ROURKE, Respondent, against WILLIAM L. GRAUL, as Commissioner of Public Works of the City of Saratoga Springs, et al., Appellants.

Argued April 9, 1941; decided April 24, 1941.

*Francis E. Dorsey* for appellants.

*David W. Burke* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.